# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 25-1073

———————————————

United States of America

*Plaintiff - Appellee*

v.

LaKentae Roberson, also known as Lakentae Robertson, also known as Donald Harvey

*Defendant - Appellant*

————————

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

————————

Submitted: May 2, 2025
Filed: May 7, 2025
[Unpublished]

————————

Before BENTON, ERICKSON, and KOBES, Circuit Judges.

————————

PER CURIAM.

LaKentae Roberson appeals after the district court[1] revoked his supervised release and sentenced him to 11 months in prison. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Roberson's counsel has moved for leave to withdraw and has filed a brief challenging the substantive reasonableness of the sentence. Upon careful review, this court concludes that the district court did not abuse its discretion, as there is no indication that it failed to consider a relevant 18 U.S.C. § 3553(a) factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing relevant factors. *See United States v. Miller*, 557 F.3d 910, 914, 916 (8th Cir. 2009) (standard of review; district court need only find a single violation to revoke supervised release). Further, the revocation sentence is within the statutory maximum. *See* 18 U.S.C. § 3583(e)(3) (maximum revocation prison term is 2 years if underlying offense is Class C felony).

The judgment is affirmed, and counsel's motion to withdraw is granted.

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

-2-